JAMESTOWN CIGAR AND CANDY COMPANY, INCORPORATED, and Others, Respondents, v. FRED R. GAGE, Appellant.— Appeal dismissed unless briefs are served by January twelfth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Appointment of Hon. IRVING R. DEVENDORF as an Official Referee.— Hon. Irving R. Devendorf of Herkimer, N. Y., having served twenty years as a justice of the Supreme Court in the Fifth Judicial District, and having retired December 31, 1926, by reason of having reached the statutory age limit, is appointed an official referee. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

GLADYS McMASTER, Respondent, v. EMILY KNIGHT, as Executrix, etc., of ANDREW A. KNIGHT, Deceased, Appellant.— Appeal dismissed unless appellant shall be ready for argument on January eleventh, and shall furnish to respondent typewritten copy of brief on January eighth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CECILE GIFFORD MINTURN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to remove appellant's reply brief from the files denied, with permission to respondent to file additional brief, without costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Judicial Settlement of the Accounts of WILLIAM W. ARMSTRONG, as One of the Administrators with the Will Annexed of FREDERICK H. HARTLEBEN, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GENESEE WESLEYAN SEMINARY, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Order granting additional allowance of costs reversed, and motion denied, and judgment, so far as appealed from, modified accordingly, and as so modified affirmed, with costs to respondent. Signed decision filed *nunc pro tunc* as of April 5, 1926, and added to record on appeal, and judgment amended so as to refer to same. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Voluntary Dissolution of the RITE IMPROVEMENT COMPANY, INC.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EUGENE LEOUS, SR., and Others, Respondents, v. JANE O'NEIL WEED, Appellant, and HUBERT F. BINGHAM, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE FIDELITY AND COLUMBIA TRUST COMPANY, as Trustee of NATHAN F. BLOCK and Others, Respondents, v. GUSTAV S. LEVIN, Appellant, Impleaded with Another.— Order entered November 15, 1926, affirmed, with ten dollars costs and disbursements. The stay of proceedings heretofore granted is continued to and including the 22d day of January, 1927. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE FIDELITY AND COLUMBIA TRUST COMPANY, as Trustee of NATHAN F. BLOCK and Others, Respondents, v. GUSTAV S. LEVIN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.